| FORM B1 | **United States Bankruptcy Court**<br>**Western District of Washington** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Janse van Rensburg, John-Henry** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Wignes, Regina Celeste** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):    **xxx-xx-4508** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):    **xxx-xx-2845** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1526 192nd ST SE #L2**<br>**Bothell, WA 98012** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1526 192nd ST SE #L2**<br>**Bothell, WA 98012** |
| County of Residence or of the<br>Principal Place of Business:    **Snohomish** | County of Residence or of the<br>Principal Place of Business:    **Snohomish** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)    ☐ Railroad<br>☐ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other_____    ☐ Clearing Bank | ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business    ☐ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Janse van Rensburg, John-Henry**
**Wignes, Regina Celeste**

| | | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location<br>Where Filed: **Western District** | Case Number:<br>**03-12594** | Date Filed: |

| | | |
|---|---|---|
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X     **/s/ John-Henry Janse van Rensburg**
Signature of Debtor **John-Henry Janse van Rensburg**

X     **/s/ Regina Celeste Wignes**
Signature of Joint Debtor **Regina Celeste Wignes**

_____
Telephone Number (If not represented by attorney)

     **July 22, 2004**
Date

### Signature of Attorney

X     **/s/ Christopher C. Meleney 11123**
Signature of Attorney for Debtor(s)

**Christopher C. Meleney 11123**
Printed Name of Attorney for Debtor(s)

**Law Office of Christopher C. Meleney**
Firm Name
**12811 8th Ave. W #A-201**
**Everett, WA 98204**
Address

**(425) 355-7575  Fax: (425) 353-5209**
Telephone Number

**July 22, 2004**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **/s/ Christopher C. Meleney 11123     July 22, 2004**
Signature of Attorney for Debtor(s)        Date
**Christopher C. Meleney 11123**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court

## Western District of Washington

In re  **John-Henry Janse van Rensburg,**
     **Regina Celeste Wignes**

Case No. _____

                                         , Debtors

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 48,378.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 89,800.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 36,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 778,588.50 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 44,051.01 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 45,228.25 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 48,378.00 | | |
| Total Liabilities | | | | 904,888.50 | |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **John-Henry Janse van Rensburg,**            Case No. _____

         **Regina Celeste Wignes**

_____ ,
                              Debtors

# SCHEDULE A. REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |
| | (Report also on Summary of Schedules) | |

  **0**

_____ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                       Best Case Bankruptcy

In re   **John-Henry Janse van Rensburg,**            Case No. _____
         **Regina Celeste Wignes**

                                        Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | | **Cash** | **C** | **120.00** |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Checking and Savings (personal)** | **C** | **120.00** |
| | | **Wells Fargo Business** | **C** | **408.00** |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | **deposit from old lease - refundable if "debtor does not vacate the property" before end of the lease. Debtor did not vacate though not all payments made. Debtors believes that they are entitled to refund - Deposit holder - Windemere** | **C** | **11,500.00** |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Usual and Ordinary-including 300 compact disks** | **C** | **5,500.00** |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | **X** | | | |
| 6.   Wearing apparel. | | **Usual and Ordinary** | **C** | **1,200.00** |
| 7.   Furs and jewelry. | | **Wedding rings $1200.00 Watches$300.00** | **C** | **1,500.00** |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | **Skis $250.00 Shotgun $50.00 Mountain bikes $150.00 Roller Blades $30.00** | **C** | **530.00** |

                                            Sub-Total >       **20,878.00**
                                         (Total of this page)

   **2**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re    **John-Henry Janse van Rensburg,**         Case No. _____
            **Regina Celeste Wignes**
                                                  ,
                                    Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurance policy in South Africa** | **C** | **500.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >      **500.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **John-Henry Janse van Rensburg,**
      **Regina Celeste Wignes**
                                    ,
                                Debtors

Case No. _____

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1993 Nissan 300ZX - 135,000 miles $2,500, 1991 Alpha Rmeo LS- 165,000 miles -  300 & misc fixtures** | **C** | **5,000.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **Misc. Office Furnishings, Computer and Filing Cabinets** | **C** | **2,000.00** |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | **Retail Display Shelving Beauty Salon Station Chairs Facial and Massage Beds Misc. Salon Equipment** | **C** | **17,000.00** |
| 28. Inventory. | | **Hair Color, Shampoos other products used in business** | **C** | **3,000.00** |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

| | | |
|---|---|---|
| Sub-Total > | **27,000.00** | |
| (Total of this page) | | |
| Total > | **48,378.00** | |

Sheet   **2**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re　**John-Henry Janse van Rensburg,**　　　　　　　　　　　Case No. _____
　　　　**Regina Celeste Wignes**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*

■ 11 U.S.C. §522(b)(1):　Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. §522(b)(2):　Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| Cash | **11 U.S.C. § 522(d)(5)** | **120.00** | **120.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Wells Fargo Checking and Savings (personal) | **11 U.S.C. § 522(d)(5)** | **188.00** | **120.00** |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| deposit from old lease - refundable if "debtor does not vacate the property" before end of the lease. Debtor did not vacate though not all payments made. Debtors believes that they are entitled to refund - Deposit holder - Windemere | **11 U.S.C. § 522(d)(5)** | **11,500.00** | **11,500.00** |
| **Household Goods and Furnishings** | | | |
| Usual and Ordinary-including 300 compact disks | **11 U.S.C. § 522(d)(3)** | **5,000.00** | **5,500.00** |
| **Wearing Apparel** | | | |
| Usual and Ordinary | **11 U.S.C. § 522(d)(3)** | **1,200.00** | **1,200.00** |
| **Furs and Jewelry** | | | |
| Wedding rings $1200.00 Watches$300.00 | **11 U.S.C. § 522(d)(4)** | **1,500.00** | **1,500.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Skis $250.00 Shotgun $50.00 Mountain bikes $150.00 Roller Blades $30.00 | **11 U.S.C. § 522(d)(3)** | **530.00** | **530.00** |
| **Interests in Insurance Policies** | | | |
| Life Insurance policy in South Africa | **11 U.S.C. § 522(d)(7)** | **500.00** | **500.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1993 Nissan 300ZX - 135,000 miles $2,500, 1991 | **11 U.S.C. § 522(d)(2)** | **2,775.00** | **5,000.00** |
| Alpha Rmeo LS- 165,000 miles - 300 & misc fixtures | **11 U.S.C. § 522(d)(5)** | **0.00** | |
| **Office Equipment, Furnishings and Supplies** | | | |
| Misc. Office Furnishings, Computer and Filing Cabinets | **11 U.S.C. § 522(d)(6)** | **500.00** | **2,000.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| Retail Display Shelving Beauty Salon Station Chairs Facial and Massage Beds Misc. Salon Equipment | **11 U.S.C. § 522(d)(6)** | **650.00** | **17,000.00** |

___1___　continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **John-Henry Janse van Rensburg,**          Case No. _____
         **Regina Celeste Wignes**
                                                    ,
                            Debtors
## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Inventory** | | | |
| **Hair Color, Shampoos other products used in business** | **11 U.S.C. § 522(d)(6)** | **3,000.00** | **3,000.00** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Form B6D
(12/03)

In re   **John-Henry Janse van Rensburg,**
       **Regina Celeste Wignes**
                                 Debtors         Case No. _____

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Financial Pacific Leasing** <br>**PO Box 4568** <br>**Federal Way, WA 98063-4568** | C | | **1993 Nissan 300ZX - 135,000 miles** <br>**$2,500, 1991 Alpha Rmeo LS- 165,000** <br>**miles - 300 & misc fixtures** <br><br><br>Value $      **5,000.00** | | | | 19,800.00 | 14,800.00 |
| Account No. **825066** <br><br>**Manifest Funding Services** <br>**1450 Channel Parkway** <br>**Marshall, MN 56258** | C | | **Retail Display Shelving** <br>**Beauty Salon Station Chairs** <br>**Facial and Massage Beds** <br>**Misc. Salon Equipment** <br><br>Value $     **17,000.00** | | | | 70,000.00 | 53,000.00 |
| Account No. <br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |

  **0**   continuation sheets attached

| | Subtotal <br>(Total of this page) | 89,800.00 | |
|---|---|---|---|
| | Total <br>(Report on Summary of Schedules) | 89,800.00 | |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

Form B6E
(04/04)

In re **John-Henry Janse van Rensburg,**          Case No. _____
      **Regina Celeste Wignes**

                                   Debtors        ,

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                          **1**    continuation sheets attached

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **John-Henry Janse van Rensburg,**                      Case No. _____

           **Regina Celeste Wignes**

Debtors ,

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C — Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Department of Revenue** <br>**P.O. Box 34051** <br>**Seattle, WA 98124-1051** | C | | | | | 18,500.00 | 0.00 |
| Account No. <br><br>**Dept of Labor and Industries** <br>**729  100th Street SE** <br>**Everett, WA 98208-3727** | C | | | | | 1,800.00 | 0.00 |
| Account No. <br><br>**Employment Security** <br>**Treasury Section** <br>**PO Box 9046** <br>**Olympia, WA 98507** | C | | | | | 1,200.00 | 0.00 |
| Account No. <br><br>**IRS** <br>**915  2nd Avenue,  M/S W244** <br>**Seattle, WA 98174** | C | 941 taxes 4th Qtr 2003, 1,2 Qtr 2004 | | | | 15,000.00 | 0.00 |
| Account No. <br><br> | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal        | 36,500.00
(Total of this page)

Total       | 36,500.00
(Report on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

Form B6F
(12/03)

In re  **John-Henry Janse van Rensburg,**
     **Regina Celeste Wignes**
                            Debtors

Case No. _____

,

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **AdCart** <br> **PO Box 5990** <br> **Valencia, CA 91385-8990** | | C | **Advertising** | | | | 825.00 |
| Account No. 371564481872006 <br><br> **American Express** <br> **Box 0001** <br> **Los Angeles, CA 90096-0001** | | C | **Credit Card Charges - multiple accounts** | | | | 45,000.00 |
| Account No. 8498330080376711 <br><br> **At & T Broadband** <br> **P.O. Box 173885** <br> **Denver, CO 80217** | | C | **Cable** | | | | 80.85 |
| Account No. 5491130304051774 <br><br> **AT & T Universal Card** <br> **PO Box 6918** <br> **The Lakes, NV 88901-6918** | | C | **Credit Card Charges** | | | | 7,831.83 |

   **10**   continuation sheets attached

Subtotal
(Total of this page)     **53,737.68**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
S/N:24071-040331 - Best Case Bankruptcy

In re **John-Henry Janse van Rensburg,**
　　　**Regina Celeste Wignes**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. <br><br> **Bank of America Visa** <br> **PO Box 5270** <br> **Carol Stream, IL 60197** | C | | | Credit Card Charges | | | | 4,349.90 |
| Account No. **BI580272, BI585889, BI588936** <br><br> **Bellevue Dist Court** <br> **585 112th St SE** <br> **Bellevue, WA 98004** | C | | | | | | | 250.00 |
| Account No. <br><br> **Beneficial Finance** <br> **14150 NE 20th St Ste. #E 1** <br> **Bellevue, WA 98007** | - | | | 2515 130th Ave SE <br> Bellevue, WA | | | | 35,000.00 |
| Account No. **12584143021101108** <br><br> **Bronson & Migliaccio, LLP** <br> **2361 Wehrle Dr** <br> **Buffalo, NY 14221** | C | | | Collection | | | | 11,132.01 |
| Account No. **5260313591785556** <br><br> **Chase** <br> **PO Box 52188** <br> **Phoenix, AZ 85072-2188** | C | | | Credit Card Charges | | | | 2,734.11 |

Sheet no. __1__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**53,466.02**

In re **John-Henry Janse van Rensburg,**
**Regina Celeste Wignes**

Case No. _____

_____ ,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **4226610852333620** | | | | | | Credit Card Charges | | | | |
| **Chase Manhattan Bank** **PO Box 52195** **Phoenix, AZ 85072-2195** | C | | | | | | | | | 8,796.47 |
| Account No. | | | | | | Advertising | | | | |
| **D.T. Marshall Co, Inc** **8675 154th Ave NE** **Redmond, WA 98052** | C | | | | | | | | | 7,146.77 |
| Account No. | | | | | | | | | | |
| **Demco Law Firm** **5224 Wilson Avenue S #200** **Seattle, WA 98118** | C | | | | | | | | | 0.00 |
| Account No. | | | | | | Credit Card Charges | | | | |
| **Discover Financial** **PO Box 3007** **New Albany, OH 43054-3007** | C | | | | | | | | | 8,259.33 |
| Account No. | | | | | | services | | | | |
| **Fast Water Heater Co** **12601 132nd Ave NE** **Kirkland, WA 98034** | C | | | | | | | | | 258.64 |

Sheet no. __**2**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,461.21

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Case 04-19797-TTG    Doc 1    Filed 07/22/04    Ent. 07/22/04 13:07:37    Pg. 15 of 47

In re    **John-Henry Janse van Rensburg,**         Case No. _____
          **Regina Celeste Wignes**

_____ ,
                          Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4053550009397706** <br><br> **First North American Nat Bank** <br> **Recovery Department** <br> **PO Box 42395** <br> **Richmond, VA 23286-5689** | | C | Credit Card Charges | | | | 9,494.19 |
| Account No. **5171000083155** <br><br> **GE Consumer Finance** <br> **PO Box 105980 Dept 51** <br> **Atlanta, GA 30353-5980** | | C | Credit Card Charges | | | | 17,205.84 |
| Account No. <br><br> **Harolds** <br> **PO Box 215** <br> **Memphis, TN 38101-8101** | | C | Credit Card Charges | | | | 1,276.85 |
| Account No. <br><br> **Herbert Research Inc** <br> **13629 NE Bel Red Rd.** <br> **Bellevue, WA 98005** | | C | | | | | 2,052.62 |
| Account No. **0412314999** <br><br> **Homecomings Financial** <br> **P. O. Box 890036** <br> **Dallas, TX 75389** | | C | Mortgage Forclosure deficit | | | | Unknown |

Sheet no. __3__ of __10__ sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims         (Total of this page)        **30,029.50**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

In re   **John-Henry Janse van Rensburg,**        Case No. _____

            **Regina Celeste Wignes**

_____ ,

                                     Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Collection | | | | |
| **Industrial Credit Service** **3150 Richard Road #102** **Bellevue, WA 98005** | C | | | | | | | | 258.64 |
| Account No. | | | | | | | | | |
| **JAS Forwarding Inc** **11521 East Marginal Way #120** **Seattle, WA 98168** | C | | | | | | | | 801.75 |
| Account No. **222539** | | | | | | | | | |
| **Kirkland Municipal Court** **PO Box 678** **Kirkland, WA 98083-0678** | C | | | | | | | | 100.00 |
| Account No. | | | | | Advertising | | | | |
| **Market Information Center** **PO Box 5990** **Valencia, CA 91355-8990** | C | | | | | | | | 961.40 |
| Account No. **74981236363646** | | | | | Loan | | | | |
| **MBNA** **P.O. Box 15027** **Wilmington, DE 19850-5027** | C | | | | | | | | 29,218.34 |

Sheet no. __4__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal           | **31,340.13**

(Total of this page)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **John-Henry Janse van Rensburg,**
      **Regina Celeste Wignes**

Case No. _____

_____ ,
                Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **08685014282**<br><br>**MCI**<br>**PO Box 856053**<br>**Louisville, KY 40285** | C | | | | | | 333.40 |
| Account No.<br><br>**Midland Credit Management**<br>**4310 Broadway Road**<br>**Phoenix, AZ 85040** | C | | Collection | | | | 9,146.87 |
| Account No.<br><br>**NACM**<br>**PO Box 21966**<br>**Seattle, WA 98111-3966** | C | | Collection | | | | 246.88 |
| Account No.<br><br>**National Credit Audit Corp**<br>**8600 N Industrial Rd**<br>**Peoria, IL 61615** | C | | Collection | | | | 15.00 |
| Account No. **4305873650103413**<br><br>**National Financial systems**<br>**PO Box 9046**<br>**Hicksville, NY 11801** | C | | Collection | | | | 9,224.69 |

Sheet no. __5__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,966.84

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re **John-Henry Janse van Rensburg,**
    **Regina Celeste Wignes**

Case No. _____

_____,
                  Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Collection | | | | |
| **Northshore Agency**<br>**PO Box 8901**<br>**Westbury, NY 11590-8901** | C | | | | | | | **16.95** |
| Account No. **0088687389** | | | | Forclosure Deficit | | | | |
| **Ocwen Federal Bank**<br>**1675 Palm Beach Lakes Blvd**<br>**West Palm Beach, FL 33401** | C | | | | | | | **23,554.36** |
| Account No. | | | | Residual Dues | | | | |
| **Post Oak Lane Townhome Asso.**<br>**C/O Cooper Penick & Deska**<br>**770 S Post Oak Lane Ste 250**<br>**Houston, TX 77056** | C | | | | | | | **1,000.00** |
| Account No. **425-378-39390 098** | | | | Telephone Service | | | | |
| **Qwest**<br>**PO Box 12480**<br>**Seattle, WA 98111-4480** | C | | | | | | | **340.69** |
| Account No. | | | | Lease | | | | |
| **Radford & Company**<br>**10423 Main St Ste 4**<br>**Bellevue, WA 98004** | C | | | | X | | | **10,625.99** |

Sheet no. __**6**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**35,537.99**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Case 04-19797-TTG   Doc 1   Filed 07/22/04   Ent. 07/22/04 13:07:37   Pg. 19 of 47

In re **John-Henry Janse van Rensburg,**      Case No. _____
       **Regina Celeste Wignes**

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Advertising | | | | |
| Register Tape Advertising, Inc 3423 Broadway St B Everett, WA 98201 | C | | | | | | | | 170.00 |
| Account No. | | | | | Collection for American Express Centurion | | | | |
| Risk Managment Alternatives PO Box 4023 Reynoldsburg, OH 43068-9023 | C | | | | | | | | 21,221.87 |
| Account No. | | | | | Credit Card Charges | | | | |
| Sears Premier Card PO Box 818017 Cleveland, OH 44181-8017 | C | | | | | | | | 9,376.35 |
| Account No. 4467381009042107 | | | | | Credit Card Charges | | | | |
| Seattle Metropolitan Credit Un P.O. Box 780 Seattle, WA 98111 | C | | | | | | | | 4,734.93 |
| Account No. 202088146 | | | | | Collection for Nordstrom | | | | |
| Sentry Credit PO Box 12070 Everett, WA 98206-2070 | C | | | | | | | | 1,303.45 |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **36,806.60**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **John-Henry Janse van Rensburg,**
       **Regina Celeste Wignes**
                                                    Case No. _____
_____,
                          Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. I03667488, C0486042 <br><br> **South District Court** <br> **20520 68th Avenue West** <br> **Lynnwood, WA 98036-7406** | C | | | | | | 750.00 |
| Account No. 5431897018000858 <br><br> **TIB Card Services** <br> **PO Box 569120** <br> **Dallas, TX 75356** | C | | Credit Card Charges | | | | 3,274.98 |
| Account No. 058445 <br><br> **TransWestern Publishing** <br> **Dept No. 0681** <br> **Denver, CO 80271-0681** | C | | | | | | 361.74 |
| Account No. 4319030003748709 <br><br> **Trauner, Cohen, & Thomas** <br> **2880 Dresden Dr** <br> **Atlanta, GA 30341** | C | | Collection | | | | 5,500.06 |
| Account No. <br><br> **Tri Western Syndicate Invest.** <br> **c/o Radford & Co** <br> **10423 Main St #4** <br> **Bellevue, WA 98004** | - | | 2515 130th Ave SE <br> Bellevue, WA | | X | | 70,000.00 |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

79,886.78

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re  **John-Henry Janse van Rensburg,**  Case No. _____
**Regina Celeste Wignes**

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Services | | | | |
| UHaul PO Box 21501 Phoenix, AZ 85004 | C | | | | | | 90.48 |
| Account No. 4388523011464455 | | | Credit Card Charges | | | | |
| United Mileage Plus Visa PO Box 8650 Wilmington, DE 19899-8650 | C | | | | | | 5,653.12 |
| Account No. 030244108477833500 | | | | | | | |
| Verizon Northwest P.O. Box 30001 Inglewood, CA 90313-0001 | C | | | | | | 4,436.03 |
| Account No. | | | Cell Phone | | | | |
| Voice Stream PO Box 742596 Cincinnati, OH 45274-2596 | C | | | | | | 250.79 |
| Account No. 807463411 | | | Repo Deficit | | | | |
| VW Credit PO Box 7572 Libertyville, IL 60048-7572 | C | | | | | | 23,495.95 |

Sheet no. __9__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **33,926.37**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re **John-Henry Janse van Rensburg,**
      **Regina Celeste Wignes**

Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J c | J C | | | | | |
| Account No. **8527540**<br><br>**Wells Fargo**<br>**correspondence X2501-01T**<br>**1 Home Campus**<br>**Des Moines, IA 50328** | - | | | **2515 130th Ave SE**<br>**Bellevue, WA** | | | | **310,000.00** |
| Account No. **6620992941**<br><br>**Wells Fargo**<br>**PO Box 4233**<br>**Portland, OR 97208** | C | | | **Line of Credit** | | | | **10,267.08** |
| Account No.<br><br>**Windermere**<br>**18323 Bothell-Everett Hwy**<br>**Bothell, WA 98012** | C | | | **Rent Guarantee** | X | | | **60,162.30** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __**10**__ of __**10**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **380,429.38**

Total
(Report on Summary of Schedules) **778,588.50**

In re **John-Henry Janse van Rensburg,**
      **Regina Celeste Wignes**

Case No. _____

_____,
                Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Radford & Company**<br>**18323 Bothell-Everett Hwy**<br>**Kent, WA 98042** | **Lease of Salon** |

 

**0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re     **John-Henry Janse van Rensburg,**         Case No. _____

           **Regina Celeste Wignes**

Debtors

# SCHEDULE H. CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

     **0**    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

In re     **John-Henry Janse van Rensburg,**     Case No. _____
          **Regina Celeste Wignes**

_____,
                    Debtors

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>child | AGE |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Unemployed** | **Regina Celeste Salon** |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average  monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 0.00 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 0.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify)_____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 44,051.01 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 0.00 | $ 44,051.01 |

TOTAL COMBINED MONTHLY INCOME     $ **44,051.01**          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document: **Budget reflect status with slight improvement in business after debtor lose house and rent another; baby due in July/August 2003.**

In re    **John-Henry Janse van Rensburg,**         Case No. _____
            **Regina Celeste Wignes**

_____ ,
                          Debtors

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) . . . . . . . . . . . . . . . . . . . . . . | $ | **1,200.00** |
| Are real estate taxes included?     Yes_____    No____**X**____ | | |
| Is property insurance included?     Yes_____    No____**X**____ | | |
| Utilities:   Electricity and heating fuel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **170.00** |
|            Water and sewer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **50.00** |
|            Telephone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **90.00** |
|            Other_____ **Carbage and Cable** | $ | **80.00** |
| Home maintenance (repairs and upkeep) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **65.00** |
| Food . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **400.00** |
| Clothing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **90.00** |
| Laundry and dry cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **40.00** |
| Medical and dental expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **65.00** |
| Transportation (not including car payments) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **270.00** |
| Recreation, clubs and entertainment, newspapers, magazines, etc. . . . . . . . . . . . . . . . . . . . . . . | $ | **100.00** |
| Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **0.00** |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|            Homeowner's or renter's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **0.00** |
|            Life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **0.00** |
|            Health . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **400.00** |
|            Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **120.00** |
|            Other_____ . . . . . . . | $ | **0.00** |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify)_____ **Self Employment and Income Taxes** . . . . . . . | $ | **660.00** |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|            Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **0.00** |
|            Other_____ . . . . . . . | $ | **0.00** |
|            Other_____ . . . . . . . | $ | **0.00** |
|            Other_____ . . . . . . . | $ | **0.00** |
| Alimony, maintenance, and support paid to others . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **0.00** |
| Payments for support of additional dependents not living at your home . . . . . . . . . . . . . . . . . . . | $ | **0.00** |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) . . . . . . | $ | **37,637.00** |
| Other_____ **Misc.** _____ . . . . . . . | $ | **100.00** |
| Other_____ **cost of good sold** _____ . . . . . . . | $ | **3,691.25** |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) . . . . . . . . . . . . . . . . . . | $ | **45,228.25** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **N/A** |
| B. Total projected monthly expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **N/A** |
| C. Excess income (A minus B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **N/A** |
| D. Total amount to be paid into plan each _____ . . . . . . . | $ | **N/A** |
|                       (interval) | | |

# United States Bankruptcy Court
## Western District of Washington

In re    **John-Henry Janse van Rensburg**
         **Regina Celeste Wignes**                               Case No. _____

                                     Debtor(s)        Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **25** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 22, 2004** _____      Signature    **/s/ John-Henry Janse van Rensburg** _____
                                                               **John-Henry Janse van Rensburg**
                                                               Debtor

Date   **July 22, 2004** _____      Signature    **/s/ Regina Celeste Wignes** _____
                                                               **Regina Celeste Wignes**
                                                               Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form 7
(12/03)

# United States Bankruptcy Court
## Western District of Washington

In re    **John-Henry Janse van Rensburg**
       **Regina Celeste Wignes**                          Case No.

                                     Debtor(s)           Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

———————————————————

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $0.00 | **2002 Wages Wife - woked Regina Celeste - no profit** |
| $80,000.00 | **2002 Income Husband - Alstom Software to 2002 plus severance to 9/02** |
| $0.00 | **2003 Worked own business Regina Celeste - drew about $6000 on revenue of $450,000 with no other profit** |
| $0.00 | **2004  Business revenue $180,000 with no profit, debtors drew about $3000** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None ☐ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Salon Rent** | **12/02-3/03** | **$26,500.00** | **$0.00** |
| **Paid ordinary business debts** | **as due or cash in advance** | **$0.00** | **$0.00** |

None ■ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **2 Small Claim Suits** | **Suit** | **Snohomish County** | **Judgements** |
| **DT Marshall Co v. Regina Celeste** | **Collection** | **Snohomish County** | **Judgement Entered** |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **D.T. Marshall Co, Inc** <br>**8675 154th Ave NE** <br>**Redmond, WA 98052** | **12/02-1/03** | **Bank Garnishment $7600.00** |

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Wells Fargo Mortgage** | **October 2003** | **Home Foreclosure** |

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Law office of Christopher C. Meleney** **12811 8th Ave. W #A-201** **Everett, WA 98204** | | **$991** |

**10. Other transfers**

None ■ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

**11. Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■    If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐   a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

    If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

    If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Regina Celest Salon** | | **17917 Bothell Everett Hwy**<br>**Bothell, WA 98012** | **Beauty Salon/Spa** | **07/23/02 Continuing** |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                     DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                         ADDRESS                 DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                     ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                     DATE ISSUED

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
                                                         (Specify cost, market or other basis)

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                           NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                            RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                 NATURE OF INTEREST          PERCENTAGE OF INTEREST

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                 TITLE                       NATURE AND PERCENTAGE
                                                             OF STOCK OWNERSHIP

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|----------------------------|--------------------------------|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|----------------------|--------------------------------|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **July 22, 2004**      Signature   **/s/ John-Henry Janse van Rensburg**
                                                             **John-Henry Janse van Rensburg**
                                                             Debtor

Date   **July 22, 2004**      Signature   **/s/ Regina Celeste Wignes**
                                                             **Regina Celeste Wignes**
                                                             Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

Official Form 8
(12/03)

# United States Bankruptcy Court
## Western District of Washington

In re    **John-Henry Janse van Rensburg**
**Regina Celeste Wignes**

                 Debtor(s)          Case No. _____

                                                      Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

     *a. Property to Be Surrendered.*

| **Description of Property** | **Creditor's name** |
|---|---|
| -NONE- | |

     *b. Property to Be Retained*                        *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. | **1993 Nissan 300ZX - 135,000 miles $2,500, 1991 Alpha Rmeo LS- 165,000 miles - 300 & misc fixtures** | **Financial Pacific Leasing** | | **X** | |
| 2. | **Retail Display Shelving Beauty Salon Station Chairs Facial and Massage Beds Misc. Salon Equipment** | **Manifest Funding Services** | | **X** | |

Date    **July 22, 2004**                    Signature    **/s/ John-Henry Janse van Rensburg**

                                                               **John-Henry Janse van Rensburg**
                                                               Debtor

Date    **July 22, 2004**                    Signature    **/s/ Regina Celeste Wignes**

                                                               **Regina Celeste Wignes**
                                                               Joint Debtor

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Washington

In re **John-Henry Janse van Rensburg**
**Regina Celeste Wignes**

Debtor(s)

Case No. _____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 991.00 |
| Prior to the filing of this statement I have received | $ | 991.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **July 22, 2004**

**/s/ Christopher C. Meleney 11123**
**Christopher C. Meleney 11123**
**Law Office of Christopher C. Meleney**
**12811 8th Ave. W #A-201**
**Everett, WA 98204**
**(425) 355-7575  Fax: (425) 353-5209**
**meleneylaw@hotmail.com**

# OFFICE OF THE CLERK
# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

**Mark L. Hatcher**
    **Clerk**

**SEATTLE OFFICE**

315 Park Place Building
1200 Sixth Avenue
Seattle, WA 98101
(206)553-7545

**TACOMA OFFICE**

Union Station
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402-3233
(253)593-6310

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

Case Name:   **John-Henry Janse van Rensburg**
                **Regina Celeste Wignes**     Case No.:

If you intend to file a petition under the federal Bankruptcy Code, and your debts are primarily consumer debts, the clerk of the court is required, pursuant to 11 U.S.C. sec. 342(b), to notify you of the following chapters under which you may file:

**CHAPTER 7 - LIQUIDATION or**

**CHAPTER 11 - REORGANIZATION or**

**CHAPTER 13 - ADJUSTMENT OF DEBTS OF AN INDIVIDUAL WITH REGULAR INCOME**

If you have any questions regarding this notice, you should consult with an attorney.

MARK L. HATCHER
Clerk of the Bankruptcy Court

## ACKNOWLEDGEMENT

I certify that I have read this notice.

Date  **July 22, 2004**      Signature  **/s/ John-Henry Janse van Rensburg**
                                            **John-Henry Janse van Rensburg**
                                            Debtor

Date  **July 22, 2004**      Signature  **/s/ Regina Celeste Wignes**
                                            **Regina Celeste Wignes**
                                            Joint Debtor

**INSTRUCTIONS:** If the debtor is an individual, a copy of this notice, personally signed by the debtor, must accompany any bankruptcy petition filed with the clerk. If filed by joint debtors, the notice must be personally signed by each.

Software Copyright (c) 1996-2002 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Washington

In re    **John-Henry Janse van Rensburg**
**Regina Celeste Wignes**

                                   Debtor(s)

Case No. _____

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **July 22, 2004**

**/s/ John-Henry Janse van Rensburg**
**John-Henry Janse van Rensburg**
Signature of Debtor

Date:   **July 22, 2004**

**/s/ Regina Celeste Wignes**
**Regina Celeste Wignes**
Signature of Debtor

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

ADCART
PO BOX 5990
VALENCIA, CA 91385-8990


AMERICAN EXPRESS
BOX 0001
LOS ANGELES, CA 90096-0001


AT & T BROADBAND
P.O. BOX 173885
DENVER, CO 80217


AT & T UNIVERSAL CARD
PO BOX 6918
THE LAKES, NV 88901-6918


BANK OF AMERICA VISA
PO BOX 5270
CAROL STREAM, IL 60197


BELLEVUE DIST COURT
585 112TH ST SE
BELLEVUE, WA 98004


BENEFICIAL FINANCE
14150 NE 20TH ST STE. #E 1
BELLEVUE, WA 98007


BRONSON & MIGLIACCIO, LLP
2361 WEHRLE DR
BUFFALO, NY 14221


CHARLES M CRUIKSHANK III
108 S WASHINGTON ST #306
SEATTLE, WA 98104


CHASE
PO BOX 52188
PHOENIX, AZ 85072-2188


CHASE MANHATTAN BANK
PO BOX 52195
PHOENIX, AZ 85072-2195

CREDIT PROTECTION ASSOCIATION
13355 NOEL ROAD
DALLAS, TX 75240


CREDITORS INTERCHANGE
PO BOX 1335
BUFFALO, NY 14240-1335


D.T. MARSHALL CO, INC
8675 154TH AVE NE
REDMOND, WA 98052


DEMCO LAW FIRM
5224 WILSON AVENUE S #200
SEATTLE, WA 98118


DEPARTMENT OF REVENUE
P.O. BOX 34051
SEATTLE, WA 98124-1051


DEPT OF LABOR AND INDUSTRIES
729 100TH STREET SE
EVERETT, WA 98208-3727


DISCOVER FINANCIAL
PO BOX 3007
NEW ALBANY, OH 43054-3007


EMPLOYMENT SECURITY
TREASURY SECTION
PO BOX 9046
OLYMPIA, WA 98507


FANFARE MEDIA WORKS
PO BOX 5990
VALENCIA, CA 91385-8990


FAST WATER HEATER CO
12601 132ND AVE NE
KIRKLAND, WA 98034


FINANCIAL PACIFIC LEASING
PO BOX 4568
FEDERAL WAY, WA 98063-4568

FIRST NORTH AMERICAN NAT BANK
RECOVERY DEPARTMENT
PO BOX 42395
RICHMOND, VA 23286-5689


GE CONSUMER FINANCE
PO BOX 105980 DEPT 51
ATLANTA, GA 30353-5980


GRALINE FINANCIAL
PO BOX 559100
DALLAS, TX 75355-9100


HAROLDS
PO BOX 215
MEMPHIS, TN 38101-8101


HERBERT RESEARCH INC
13629 NE BEL RED RD.
BELLEVUE, WA 98005


HOMECOMINGS FINANCIAL
P. O. BOX 890036
DALLAS, TX 75389


INDUSTRIAL CREDIT SERVICE
3150 RICHARD ROAD #102
BELLEVUE, WA 98005


INDUSTRIAL CREDIT SERVICE
3150 RICHARD ROAD #102
BELLEVUE, WA 98005


IRS
915 2ND AVENUE, M/S W244
SEATTLE, WA 98174


JAS FORWARDING INC
11521 EAST MARGINAL WAY
#120
SEATTLE, WA 98168


KIRKLAND MUNICIPAL COURT
PO BOX 678
KIRKLAND, WA 98083-0678

```
LAW OFF OF GILBERT A MORET
5430 E BEVERLY BLVD #250
LOS ANGELES, CA 90022-2299


MANIFEST FUNDING SERVICES
1450 CHANNEL PARKWAY
MARSHALL, MN 56258


MARKET INFORMATION CENTER
PO BOX 5990
VALENCIA, CA 91355-8990


MBNA
P.O. BOX 15027
WILMINGTON, DE 19850-5027


MCI
PO BOX 856053
LOUISVILLE, KY 40285


MIDLAND CREDIT MANAGEMENT
4310 BROADWAY ROAD
PHOENIX, AZ 85040


MOSS, CODILIS, ET AL
LOAN RESOLUTION DEPT
12650 INGENUITY DR
ORLANDO, FL 32826


NACM
PO BOX 21966
SEATTLE, WA 98111-3966


NATIONAL CREDIT ACCEPTANCE
1731 HOWE AVE #254
SACRAMENTO, CA 95825


NATIONAL CREDIT AUDIT CORP
8600 N INDUSTRIAL RD
PEORIA, IL 61615


NATIONAL FINANCIAL SYSTEMS
PO BOX 9046
HICKSVILLE, NY 11801
```

NCO
P.O. BOX 41417, DEPT. 99
PHILADELPHIA, PA 19101

NORTHSHORE AGENCY
PO BOX 8901
WESTBURY, NY 11590-8901

NORTHWEST TRUSTEE SERVICE LLC
PO BOX 4143
BELLEVUE, WA 98009-4143

OCWEN FEDERAL BANK
1675 PALM BEACH LAKES BLVD
WEST PALM BEACH, FL 33401

OMNIUM
PO BOX 6195 DEPT 37
OMAHA, NE 68106-0195

POST OAK LANE TOWNHOME ASSO.
C/O COOPER PENICK & DESKA
770 S POST OAK LANE STE 250
HOUSTON, TX 77056

QUEST RESOURCES
1450 HIGHWAY 34 N
NEPTUNE, NJ 07753-6807

QWEST
PO BOX 12480
SEATTLE, WA 98111-4480

RADFORD & COMPANY
10423 MAIN ST STE 4
BELLEVUE, WA 98004

REGISTER TAPE ADVERTISING, INC
3423 BROADWAY ST B
EVERETT, WA 98201

RISK MANAGMENT ALTERNATIVES
PO BOX 4023
REYNOLDSBURG, OH 43068-9023

ROBERT S. FRIEDMAN
760 6TH ST S, SUITE 150
PO BOX 3118
KIRKLAND, WA 98083-3118


SEARS PREMIER CARD
PO BOX 818017
CLEVELAND, OH 44181-8017


SEATTLE METROPOLITAN CREDIT UN
P.O. BOX 780
SEATTLE, WA 98111


SENTRY CREDIT
PO BOX 12070
EVERETT, WA 98206-2070


SOUTH DISTRICT COURT
20520 68TH AVENUE WEST
LYNNWOOD, WA 98036-7406


STEWART & ASSOCIATES
PO BOX 723848
ATLANTA, GA 31139


THE BUREAUS, INC.
35353 EAGLE WAY
CHICAGO, IL 60678-1353


TIB CARD SERVICES
PO BOX 569120
DALLAS, TX 75356


TRANSWESTERN PUBLISHING
DEPT NO. 0681
DENVER, CO 80271-0681


TRAUNER, COHEN, & THOMAS
2880 DRESDEN DR
ATLANTA, GA 30341


TRI WESTERN SYNDICATE INVEST.
C/O RADFORD & CO
10423 MAIN ST #4
BELLEVUE, WA 98004

UHAUL
PO BOX 21501
PHOENIX, AZ 85004


UNITED MILEAGE PLUS VISA
PO BOX 8650
WILMINGTON, DE 19899-8650


VERIZON NORTHWEST
P.O. BOX 30001
INGLEWOOD, CA 90313-0001


VIKING COLLECTION SVC
P.O. BOX 7366
PHOENIX, AZ 85011


VOICE STREAM
PO BOX 742596
CINCINNATI, OH 45274-2596


VW CREDIT
PO BOX 7572
LIBERTYVILLE, IL 60048-7572


WELLS FARGO
CORRESPONDENCE X2501-01T
1 HOME CAMPUS
DES MOINES, IA 50328


WELLS FARGO
PO BOX 4233
PORTLAND, OR 97208


WINDERMERE
18323 BOTHELL-EVERETT HWY
BOTHELL, WA 98012

# United States Bankruptcy Court
## Western District of Washington

In re **John-Henry Janse van Rensburg**
**Regina Celeste Wignes**

Debtor(s)

Case No. _____

Chapter **7**

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS**  (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

| | | |
|---|---|---:|
| 1. Gross Income For 12 Months Prior to Filing: | $ | 0.00 |

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---:|
| 2. Gross Monthly Income | $ | 40,359.76 |

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 16,722.00 |
| 4. Payroll Taxes | | 3,209.00 |
| 5. Unemployment Taxes | | 0.00 |
| 6. Worker's Compensation | | 0.00 |
| 7. Other Taxes | | 0.00 |
| 8. Inventory Purchases (Including raw materials) | | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 2,021.00 |
| 10. Rent (Other than debtor's principal residence) | | 6,491.00 |
| 11. Utilities | | 2,233.00 |
| 12. Office Expenses and Supplies | | 603.00 |
| 13. Repairs and Maintenance | | 443.00 |
| 14. Vehicle Expenses | | 0.00 |
| 15. Travel and Entertainment | | 300.00 |
| 16. Equipment Rental and Leases | | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | | 1,220.00 |
| 18. Insurance | | 300.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 441.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Advertising** | **3,654.00** |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|

| | | |
|---|---|---:|
| 22. Total Monthly Expenses (Add items 3-21) | $ | 37,637.00 |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---:|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ | 2,722.76 |